IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TROY K. SCHEFFLER,

    Plaintiff,

v.

COUNTY OF DUNN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-622-bbc

This matter came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered a verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Troy K. Scheffler against defendant County of Dunn in the amount of $40,000.00.

Approved as to form this 7th day of December, 2009.

*Barbara B. Crabb*
Barbara B. Crabb
District Judge

*Peter Oppeneer*                                               12/8/09
Peter Oppeneer                                                    Date
Clerk of Court